**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Pamela K. Garner,

    Plaintiff,

v.

Catholic Diocese of Phoenix, an Arizona an Arizona non-profit organization,

    Defendant.

NO. CIV 06-1546-SMM
**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties (Doc. 9) and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 17th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge